UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYMOND WATISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-01370-GMN-LRL |
| v. ) | |
| ) | **O R D E R** |
| BRUCE STROUD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the court are plaintiff's Motion to Restore Copywork Account (#20) and Motion to Extend Copywork of $50.00 (#23). Plaintiff's motions (#20, 23) both seek an order from the court to increase his legal photocopy account. Plaintiff's motion (#20) for legal photocopies will be denied without prejudice. Motion (#23) shall be denied as moot.

The right to meaningful access to the courts does not confer a right to free unlimited photocopies. *See Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) (citing *Jones v. Franzen*, 697 F.2d 801, 803 ("[B]road as the constitutional concept of liberty is, it does not include the right to xerox." (7th Cir.1983)); *see also Wanninger v. Davenport*, 697 F.2d 992, 994 (11th Cir.1983); *Johnson v. Parke*, 642 F.2d 377, 380 (10th Cir. 1981); *Harrell v. Keohane*, 621 F.2d 1059, 1060-61 (10th Cir.1980). As noted by plaintiff, the Nevada Department of Corrections provides $100.00 of free legal copy work to prisoner litigants. Plaintiff asserts that unless his account is extended, he will not be able to serve copies of his pleadings, motions, and other documents as he pursues his action. Through his Motion (#23), plaintiff asks the court to extend his account by $50.00. He does not, however, explain how he arrived at that amount. For example, he does not identify any specific document which must be photocopied, nor the quantity of copies which must be made for him to proceed in this action. The court requires a more particularized showing of need before it will order the state to extend an inmate's

copy account.  Plaintiff should use carbon paper where possible to make service and file copies of papers submitted to the court that are not presented on a complaint form.  If plaintiff believes that he needs copies for cases in other courts or in other cases in this court, he must seek an order for copies in each such particular case based upon a particularized showing of need.

    IT IS THEREFORE ORDERED that plaintiff's Motion to Restore Copywork Account (#20) is denied without prejudice.  Plaintiff may refile the motion if he is able to make a more particularized showing of need.

    IT IS FURTHER ORDERED that plaintiff's Motion to Extend Copywork of $50.00 (#23) is denied as moot.

    DATED this 28th day of January, 2011.

*(signature)*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2